UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SURENDER MALHAN,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**CHRISTOPHER PORRINO,** *in his official capacity as Attorney General of New Jersey,*<br><br>                    **Defendant.** | Civ. No. 16-8889 (KM)(JBC)<br><br>**ORDER** |

     **IT APPEARING** that this matter seeks, inter alia, a temporary restraining order against enforcement of State statutes in connection with an injunction brought against the plaintiff in pending state court proceedings; and

     **IT FURTHER APPEARING** that the state court injunction being challenged was allegedly entered in the "summer of 2016"; and

     **IT FURTHER APPEARING** that the complaint in this matter was filed on November 30, 2016, but service by mail was not accomplished until December 12, 2016; and

     **IT FURTHER APPEARING** that on December 14, 2016, the plaintiff filed, via proposed order to show cause, an application for a temporary restraining order and preliminary injunction (ECF no. 4); and

     **IT FURTHER APPEARING** that the papers do not set forth a basis for immediate, emergent relief;

     **IT IS** this 15th day of December, 2016

     **ORDERED** that the application for a temporary restraining order is **DENIED**. The component of the motion seeking a preliminary injunction has

been noticed by the Clerk for a return date of January 17, 2017. Briefing shall be on the usual schedule under the local rules.

_____
KEVIN MCNULTY
United States District Judge