

## State of New Jersey

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | CHRISTOPHER S. PORRINO<br>*Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Acting Director* |

January 3, 2017

Honorable James B. Clark, U.S.M.J.
United State District Court
For the District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: <u>Surender Malhan v. Christopher S. Porrino</u>
    Civil Action No. 16-8889 (KM-JBC)

Dear Judge Clark:

I represent the Defendant in the above captioned matter. I am writing to request an extension to file an Opposition to Plaintiff's Motion for a Preliminary Injunction in this case. Plaintiff's counsel, Paul A. Clark, Esq., consented to my request for such an extension via e-mail on December 27, 2016. And I have been traveling out of State since that date.

Defendant respectfully requests that the due date to Oppose Plaintiff's Motion be extended until January 16, 2017. That Date is the current due date for Defendant to respond to Plaintiff's Complaint. Doing so would allow me to simultaneously file a joint Motion to Dismiss and Opposition to the Motion for Preliminary Injunction in one submission. Thank you in advance for your consideration of this request.

Sincerely yours,

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY



       By: S/ Matthew J. Lynch
         Matthew J. Lynch
         Deputy Attorney General

Cc: Via ECF
  Paul A. Clark, Esq.